# EXHIBIT A

# United States of America

## United States Patent and Trademark Office

# Color Switch

**Reg. No. 4,703,823**

**Registered Mar. 17, 2015**

**Int. Cl.: 21**

**TRADEMARK**

**PRINCIPAL REGISTER**

VERA MONA, LLC (CALIFORNIA LIMITED LIABILITY COMPANY)
P.O. BOX 4597
MONTEBELLO, CA 90640

FOR: CLEANING TOOL FOR COSMETIC BRUSHES CONSISTING OF A CLEANING SPONGE, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 12-1-2013; IN COMMERCE 12-1-2013.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 86-367,382, FILED 8-14-2014.

MARIA-VICTORIA SUAREZ, EXAMINING ATTORNEY



*Michelle K. Lee*

Director of the United States
Patent and Trademark Office

<div style="border:1px solid black;">

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

</div>

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.* *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# EXHIBIT B



**HOW TO INSTANTLY CLEAN YOUR MAKEUP BRUSHES WITHOUT WASHING / SPRAY OR ALCOHOL!**

Wayne Goss ✓
3.98M subscribers
Subscribe
👍 25K 👎 ➦ Share ⬇ Download ✂ Clip ➕ Save •••



606,076 views  Jun 10, 2014
Please watch: "WARNING. YOU'RE BEING LIED TO."
▶ • WARNING. YOU'RE BEING LIED TO. PLEASE...

My handcrafted Japanese brushes available to ship worldwide here: http://bit.ly/1OvBzAR

This foundation tip can change your life http://goo.gl/7VUTxA
This is so amazing. Its always the simplest of things. I always think "why didn't i think of that"!!!!! And why didn't I!

Below are the links to US and UK sites.

UK: http://www.love-makeup.co.uk/vera-mon...
US: http://www.veramona.com/#!shop/c1gyn



Color Switch by Vera Mona | Brush Cleaning Sponge Review & Demo
Just Tiki
2.34K subscribers
Subscribe
👍 70 👎 ➦ Share ⬇ Download ✂ Clip ➕ Save •••



10,128 views  May 19, 2015
I saw the Color Switch by Vera Mona on a friend's Instagram and had to have it. I'm so glad that I did because this has made my life so much easier. The Color Switch comes in three versions: Solo, Duo, and Proband. I have the Solo and Duo, but I hope to pick up the Proband soon. The sponge gets down in your brush hairs to clean them quickly without any additional cleanser. You can switch between colors within a matter of seconds and there is no drying time. This is a definite must have for me because I tend to make a mess with liquid cleaners. It's nothing cute!

Read a more in depth review: http://bit.ly/1EV0mJ8

You can purchase the Color Switch on the Vera Mona website. http://www.veramona.com/
Prices range: 16.99 to 34.99 (Proband)

or

Amazon: http://bit.ly/1EV4xEQ (Affiliate Link)



**Sephora's Color Switch Brush Cleaner (Review + Demo!)**

Iris Natasha
9.32K subscribers

8,019 views · Feb 27, 2016
Hi everyone!

Follow me on Insta : 🐼 / brunettefreckle
For Business Inquiries: brunettefreckle@gmail.com

So I went to Sephora today and found this Color Switch makeup brush cleaner which sounded like a good idea to get!! Here is my review on it! I absolutely loved it!!

Get it online
http://www.sephora.com/color-switch-b...





**Vera Mona Color Switch | A Must Have?**

CoffeeBreakwithDani
403K subscribers

45,739 views · Mar 3, 2015
♥ READ ME PLEASE ♥ [Available in HD]

Hey pandas!

♥Products Mentioned:
Color Switch Solo - $16.99
Color Switch Duo - $19.99
http://www.veramona.com/#!shop/c1gyn







**How I Clean My Tools! | Makeup Brush + Sponge Maintenance**

CoffeeBreakwithDani
405K subscribers                    Subscribe          👍 2.8K    👎    ↗ Share    ⬇ Download    🙏 Thanks    ✂ Clip    ...

66,472 views  Oct 28, 2015
Hey pandas! In a hurry? Skip to 2:50!

♥Products Mentioned:
•Beauty Blender Solid - $16
http://bit.ly/1PANBOf

•Beauty Blender - $20
http://bit.ly/1Ozi7HM

•Vera Mona Color Switch - $16.99
http://www.veramona.com/shop/color-sw...





**Vera Mona Color Switch® Solo | Inside the Box | FabFitFun**

FabFitFun
53.6K subscribers                    Subscribe          👍 33    👎    ↗ Share    ⬇ Download    ≡+ Save    ...

288,059 views  Nov 25, 2019
Have you joined the FabFitFun fam? https://fff.me/gettheboxYTW19

Sick of dirtying multiple makeup brushes for one eye look? Vera Mona's Color Switch® Solo is putting an end to the struggle. Simply take a dirty brush, swirl it over the sponge, and you're good to keep creating the perfect Winter makeup look. Become a Select Member and get yours at https://fff.me/gettheboxYTW19.

ABOUT THE SERIES:
Spoiler alert! Each season, we're giving you an exclusive look at the items that you can expect to find in your FabFitFun Box! For more Winter Box spoilers, click here! https://fff.me/ITW19B

ABOUT FABFITFUN:
We deliver happiness straight to your door four times a year. Discover the season's best goodies, customize to pick your personal faves, snag major discounts in our Add-Ons Shop and Edit Sales, enjoy exclusive premium content from our FabFitFun partners, and join a community of empowering and inspiring members.



# EXHIBIT C

| | |
|---|---|
| **From:** | "Leticia Cabrera-Calvo" |
| **Sent:** | Wed, 30 Jan 2019 12:03:26 -0800 |
| **To:** | "info@suppliergateway.com" <info@suppliergateway.com> |
| **Subject:** | Vera Mona® |
| **Attachments:** | Sonia Kashuk Copy of Color Switch.png, Sonia Kashuk.png |

Hello,

My name is Letty Calvo, ceo of Vera Mona® beauty.

In 2013, while obtaining my MBA, I invented the very first *Dry* makeup brush cleaner, Color Switch®. We now sell worldwide with Sephora, Morphe, Planet Beauty, Riley Rose and many more.

I recently came across a copy of our product at Target under the Sonia Kashuk brand. (I attached pictures)

I love Target and their support of minority owned small businesses, which is why I am reaching out to ask for the opportunity to become a supplier of our original product Color Switch®.  We are the Color Switch® experts and would love to make it a top selling beauty tool at Target.

I look forward to your reply.

Thank You
Letty Calvo
ceo
www.veramona.com
https://www.instagram.com/vera_mona/?hl=en
27574 Commerce Center Drive
Suite 130
Temecula, CA 9259

VERA MONA

# EXHIBIT D

| | |
|---|---|
| **From:** | "Target Guest Relations" <guest.relations@target.com> |
| **Sent:** | Wed, 30 Jan 2019 23:41:01 -0800 |
| **To:** | "Leticia Cabrera-Calvo" <Letty@veramona.com> |
| **Subject:** | Your Inquiry to Target [ ref:_00Di0bdoy._5001Y1BoQ4v:ref ] |



**Hello Letty,**

Thank you for taking the time to reach out to us. We appreciate your interest in becoming one of our vendors. We are always looking for new makeup products, brushes, and brush cleansers to introduce to our guests. We would be more than happy to assist you through the process of becoming a vendor and ask that you follow the next few steps. First follow the provided link: www.partnersonline.com. Once you have clicked the link, please click "Click Interested in becoming a Target vendor?". Finally, go to "Register your diverse business header" and click "Supplier Registration". We hope this information is useful and look forward to working closer with you about the Color Switch®.

Sincerely,

Alexia

Target Guest Relations

www.target.com

Target and the Bullseye Design are registered trademarks of Target Brands, Inc. All rights reserved.



ref:_00Di0bdoy._5001Y1BoQ4v:ref

**EXHIBIT E**

| | |
|---|---|
| **From:** | "Michael.Kroll" <Michael.Kroll@target.com> |
| **Sent:** | Tue, 12 Feb 2019 12:47:30 -0800 |
| **To:** | "Leticia Cabrera-Calvo" <Letty@veramona.com> |
| **Subject:** | FW: [EXTERNAL] Vera Mona® |

Dear Ms. Calvo,

Thank you for your email and your interest in working with Target. While we are not at this juncture interested in bringing your company on as a supplier, we wish you all the best in your future endeavors.

Best regards,
Mike Kroll

**Michael Kroll** | Director Counsel, Intellectual Property | ⊙Target | 1000 Nicollet Mall, TPS 3165 | Minneapolis, MN  55403 | michael.kroll@target.com | 612.696.2249 (ph)

---

**From:** Leticia Cabrera-Calvo <Letty@veramona.com>
**Date:** Wednesday, January 30, 2019 at 3:52 PM
**To:** "Minsok.Pak" <Minsok.Pak@target.com>
**Subject:** [EXTERNAL] Vera Mona®

Hello Minsok,

My name is Letty Calvo, ceo of Vera Mona® beauty.

In 2013, while obtaining my MBA, I invented the very first *Dry* makeup brush cleaner, Color Switch®. We now sell worldwide with Sephora, Morphe, Planet Beauty, Riley Rose and many more.

I recently came across a copy of our product at Target under the Sonia Kashuk brand. (I attached pictures)

I love Target and their support of minority owned small businesses, which is why I am reaching out to ask for the opportunity to become a supplier of our original product Color Switch®.  We are the Color

Switch® experts and would love to make it a top selling beauty tool at Target.

I look forward to your reply.

Letty Calvo

ceo

www.veramona.com

https://www.instagram.com/vera_mona/?hl=en

27574 Commerce Center Drive

Suite 130

Temecula, CA 92590

<image001.png>

<Sonia Kashuk Copy of Color Switch.png>

<Sonia Kashuk.png>

**EXHIBIT F**

| | |
|---|---|
| **From:** | "Leticia Cabrera-Calvo" |
| **Sent:** | Mon, 6 May 2019 13:50:07 -0800 |
| **To:** | "Carlos.Llanes@target.com" <Carlos.Llanes@target.com> |
| **Subject:** | Re: Vera Mona® |

Hi Carlos,

I hope you had a great weekend. I wanted to also share sales numbers in hope you will consider working with us.

- Weekly average unit sales: We average 700 units per week with our high end retailers and 5,000 units a month with our value retail chains.
- We currently retail with Sephora, Morphe, Marshalls, Burlington, Riley Rose, Planet Beauty and many more.

I understand you retail a duplicate of our original Color Switch® under your Sonia Kashuk brand; therefore we would be so grateful to work together.  These types of duplicates have definitely affected our business overall and would love to have the opportunity to regain some of that business.

I look forward to your reply and thank you for taking the time to consider us.

Letty Calvo
ceo
www.veramona.com/shop

**From:** Leticia Cabrera-Calvo
**Sent:** Tuesday, April 16, 2019 10:34 AM
**To:** Carlos.Llanes@target.com
**Subject:** Re: Vera Mona®

Hi Carlos,

I hope you had a great weekend! I just wanted to follow up on the possibility to work together with out Color Switch® products?

We currently retail our products with Sephora, Riley Rose, Morphe, Planet Beauty and many more. We would love to become a part of the Target team!

Thank You!
Letty Calvo
www.veramona.com

**From:** Leticia Cabrera-Calvo
**Sent:** Wednesday, April 10, 2019 11:20 AM
**To:** Carlos.Llanes@target.com
**Subject:** Vera Mona®

Hi Carlos,

My name is Letty Calvo, ceo of Vera Mona® beauty.

In 2013, while obtaining my MBA, I invented the very first *Dry* makeup brush cleaner, Color Switch®. We now sell worldwide with Sephora, Morphe, Planet Beauty, Riley Rose and many more.

I recently came across a copy of our product at Target under the Sonia Kashuk brand. (I attached pictures)

I love Target and their support of minority owned small businesses, which is why I am reaching out to ask for the opportunity to become a supplier of our original product Color Switch®.  We are the Color Switch® experts and would love to make it a top selling beauty tool at Target.

I look forward to your reply.


Letty Calvo
ceo
www.veramona.com
https://www.instagram.com/vera_mona/?hl=en
27574 Commerce Center Drive
Suite 130
Temecula, CA 92590

VERA MONA

**EXHIBIT G**

**From:**             "Letty Cabrera-Calvo"
**Sent:**             Tue, 21 Feb 2023 10:52:03 -0800
**To:**               "laysha.ward@target.com" <laysha.ward@target.com>;
"Diversity&Inclusion@target.com" <Diversity&Inclusion@target.com>; "matt.zabel@target.com"
<matt.zabel@target.com>; "mathew.zabel@target.com" <mathew.zabel@target.com>;
"jill.sando@target.com" <jill.sando@target.com>; "mark.Schindele@target.com"
<mark.Schindele@target.com>
**Cc:**               "Letty Cabrera-Calvo" <Letty@veramona.com>
**Subject:**          Color Switch® Trademark Infringement
**Attachments:**      Sonia Kashuk Copy of Color Switch.png, Image[1].jpeg, Image.jpeg

Hello executive team at Target,

I am reaching out to you in one final hope that a Target team member will do what is legally and ethically correct.

My name is Letty Calvo, and in 2013 I invented the very first instant brush cleaner, Color Switch®.

In 2019, I emailed Target because I found that you were selling an instant brush cleaner by Sonia Kashuk (picture attached). I did not receive a reply from Target.

I continued to email several buyers from 2019-2023 in hopes that Target would consider our brand Vera Mona® as a potential vendor. A few buyers replied to let me know they were not interested but most never replied.  I listed all the buyers below for your reference.

Yesterday, I took my 6-year-old and 14-year-old to Target, because it is one of our favorite places to shop and as I walked by your beauty department, I found that Target carries an instant brush cleaner, once again, but now with our registered trademark, Color Switch®.  Here is a link to the Color Switch® I purchased from your Temecula CA store yesterday as well as pictures I personally took.

https://www.target.com/p/brush-blend-beautiful-eyeshadow-brush-cleaner/-/A-86468538

Here at Vera Mona® we know that protecting our trademarks is extremely important to continue to be granted the use of such trademarks by the USPTO.

The purpose of this email is to ask Target to finally do what is correct, which is give Vera Mona®, the original inventors of the instant brush cleaner, the opportunity to become a brand that is sold at Target as well as immediately removing  the attached product from all Target stores and from your online platforms since it is directly infringing on our registered trademark, Color Switch®.

Original inventors are continuously are robbed of their ideas by large conglomerates who are not responsibly sourcing products but instead continue to work with their existing vendors who merely copy original inventions and repackage them. This should not continue and this is the perfect opportunity for Target to be the first retailer who makes it a point to search and create relationships with original inventors and perhaps create a space in all Target stores that highlight and support these product inventors.

I look forward to your response and cooperation.

**Target employees and departments I have emailed since 2019:**

Priscilla Oribamise
Carlos Llanes
Lauren Pryor
Molly Line
Shanel Gardner
Nicole Barnett
Christina Hennington
vendor.development@target.com
diversity&inclusion@target.com


Thank You
Letty Calvo
ceo
www.veramona.com
https://www.instagram.com/vera_mona/?hl=en
27574 Commerce Center Drive
Suite 137
Temecula, CA 92590

# EXHIBIT H

| | |
|---|---|
| **From:** | "Michael.Kroll" <Michael.Kroll@target.com> |
| **Sent:** | Sat, 25 Feb 2023 13:00:37 -0800 |
| **To:** | "Letty Cabrera-Calvo" <Letty@veramona.com> |
| **Cc:** | "Jennifer.King2" <Jennifer.King2@target.com> |
| **Subject:** | FW: Color Switch® Trademark Infringement |

Dear Ms. Calvo,

Thank you for your email.  Please be assured that Target appreciates the importance of intellectual property and is committed to respecting the intellectual property rights of others. We have begun our investigation into the allegations set forth in your email.  We will follow-up with you when we have additional information.  In the meantime, please reach out to me at the contact information provided below.

Best regards,
Mike

**Michael Kroll** | Director Counsel, Intellectual Property | ⊙Target | 1000 Nicollet Mall, TPS 3165 | Minneapolis, MN  55403 | michael.kroll@target.com | 612.696.2249

---

**From:** Letty Cabrera-Calvo <Letty@veramona.com>
**Sent:** Thursday, February 23, 2023 8:45 PM
**To:** Laysha.Ward <Laysha.Ward@target.com>; Diversity&Inclusion <Diversity&Inclusion@target.com>; Matt.Zabel <Matt.Zabel@target.com>; mathew.zabel@target.com; Jill.Sando <Jill.Sando@target.com>; Mark.Schindele <Mark.Schindele@target.com>
**Subject:** [EXTERNAL] Re: Color Switch® Trademark Infringement

Hello,

I just went on Target.com and your version of the Color Switch®, which is infringing on our registered trademark, is still up.
https://tmsearch.uspto.gov/bin/showfield?f=doc&state=4802:xz5345.3.7

Please respond to my previous email or direct me to the correct Target team member.

https://www.target.com/p/brush-blend-beautiful-eyeshadow-brush-cleaner/-/A-86468538#lnk=sametab

Thank You
Letty Calvo

---

**From:** Letty Cabrera-Calvo <Letty@veramona.com>
**Sent:** Tuesday, February 21, 2023 10:52 AM
**To:** laysha.ward@target.com <laysha.ward@target.com>; Diversity&Inclusion@target.com

<Diversity&Inclusion@target.com>; matt.zabel@target.com <matt.zabel@target.com>;
mathew.zabel@target.com <mathew.zabel@target.com>; jill.sando@target.com
<jill.sando@target.com>; mark.Schindele@target.com <mark.Schindele@target.com>
**Cc:** Letty Cabrera-Calvo <Letty@veramona.com>
**Subject:** Color Switch® Trademark Infringement

Hello executive team at Target,

I am reaching out to you in one final hope that a Target team member will do what is legally
and ethically correct.

My name is Letty Calvo, and in 2013 I invented the very first instant brush cleaner, Color
Switch®.

In 2019, I emailed Target because I found that you were selling an instant brush cleaner by
Sonia Kashuk (picture attached). I did not receive a reply from Target.

I continued to email several buyers from 2019-2023 in hopes that Target would consider our
brand Vera Mona® as a potential vendor. A few buyers replied to let me know they were not
interested but most never replied.  I listed all the buyers below for your reference.

Yesterday, I took my 6-year-old and 14-year-old to Target, because it is one of our favorite
places to shop and as I walked by your beauty department, I found that Target carries an
instant brush cleaner, once again, but now with our registered trademark, Color Switch®.  Here
is a link to the Color Switch® I purchased from your Temecula CA store yesterday as well as
pictures I personally took.

https://www.target.com/p/brush-blend-beautiful-eyeshadow-brush-cleaner/-/A-86468538

Here at Vera Mona® we know that protecting our trademarks is extremely important to
continue to be granted the use of such trademarks by the USPTO.

The purpose of this email is to ask Target to finally do what is correct, which is give Vera
Mona®, the original inventors of the instant brush cleaner, the opportunity to become a brand
that is sold at Target as well as immediately removing  the attached product from all Target
stores and from your online platforms since it is directly infringing on our registered trademark,
Color Switch®.

Original inventors are continuously robbed of their ideas by large conglomerates who are not
responsibly sourcing products but instead continue to work with their existing vendors who
merely copy original inventions and repackage them. This should not continue and this is the
perfect opportunity for Target to be the first retailer who makes it a point to search and create
relationships with original inventors and perhaps create a space in all Target stores that
highlight and support these product inventors.

I look forward to your response and cooperation.

**Target employees and departments I have emailed since 2019:**

Priscilla Oribamise
Carlos Llanes
Lauren Pryor
Molly Line
Shanel Gardner
Nicole Barnett
Christina Hennington
vendor.development@target.com
diversity&inclusion@target.com


Thank You
Letty Calvo
ceo
www.veramona.com
https://www.instagram.com/vera_mona/?hl=en
27574 Commerce Center Drive
Suite 137
Temecula, CA 92590