# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERA MONA, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, and DOES 1-10,<br><br>Defendants. | Case No. 5:23-cv-02340-JGB (SHKx)<br><br>District Judge: Hon. Jesus G. Bernal<br><br>**[PROPOSED] ORDER REGARDING JOINT STIPULATION FOR ENTRY OF AN ORDER AMENDING SCHEDULING ORDER**<br><br>Complaint Filed: November 15, 2023<br>First Amended Complaint Filed: February 12, 2024 |

FAEGRE DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
LOS ANGELES

[PROPOSED] ORDER GRANTING JOINT STIPULATION

CASE NO. 5:23-CV-02340-JGB (SHKx)

DMS_US.366886694.2

For the reasons set forth in the Joint Stipulation for Entry of an Order Extending Pretrial Deadlines (the "Joint Stipulation"), and good cause appearing therefor, the request for amendment of certain pretrial deadlines in the Joint Stipulation is **GRANTED**.

The following deadlines are amended as follows:

| Deadline | Current Date | Proposed Date |
|---|---|---|
| Initial Designation of Expert Witnesses | February 3, 2025 | January 20, 2025 |
| Rebuttal Expert Witnesses | February 17, 2025 | February 3, 2025 |
| All Discovery Cut−Off (including hearing of discovery motions) | February 3, 2025 | March 28, 2025 |

**IT IS SO ORDERED.**

Dated: _____   By: _____
                                         Hon. Jesus G. Bernal
                                         United States District Judge

FAEGRE DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
LOS ANGELES

[PROPOSED] ORDER GRANTING JOINT STIPULATION
DMS_US.366886694.2

- 2 -

CASE NO. 5:23-CV-02340-JGB (SHKX)