JS-6

**FAEGRE DRINKER BIDDLE & REATH LLP**
Maria Cho (SBN 327388)
maria.cho@faegredrinker.com
1800 Century Park East, Suite 1500
Los Angeles, CA  90067
Telephone:  310-203-4000
Facsimile: 310-229-1285

Attorneys for Defendant
Target Corporation

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERA MONA, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, and DOES 1-10,<br><br>Defendants. | Case No. 5:23-cv-02340-JGB (SHKx)<br><br>District Judge: Hon. Jesus G. Bernal<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed: November 15, 2023<br>First Amended Complaint Filed: February 12, 2024<br>Second Amended Complaint Filed: October 29, 2024 |

1  Plaintiff Vera Mona, LLC ("Plaintiff") and Defendant Target Corporation ("Target," and together with Plaintiff, the "Parties") by and through their respective counsel, and pursuant to Rule 41 of the Federal Rules of Civil Procedure, have reached a settlement agreement and have stipulated to the dismissal of this action, together with any and all claims, counterclaims and affirmative defenses, with prejudice and without award of costs, expenses or fees to any party.  The parties have further requested that this Court incorporate by reference the terms of and retain jurisdiction to enforce the terms of their Settlement Agreement.

Having found good cause showing,

**IT IS SO ORDERED.**

Dated: February 27, 2025

By: _____
Hon. Jesus G. Bernal
United States District Judge